IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE
RAFAEL ANTONIO GELPI PEREZ     CASE NUMBER: 17-01409-MCF
ENID DOLORES RIVERA DAVILA     CHAPTER 13

**Debtors**
_____

**TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS**

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **ALLEGES, STATES** and **PRAYS:**

  1. The Trustee herein consigns the check number **2247073** for the amount of **$3,691.80** of funds that belongs to debtor(s):

   **RAFAEL ANTONIO GELPI PEREZ**
   **ENID DOLORES RIVERA DAVILA**
   147 CALLE VASALLO
   SAN JUAN PR 00911-1925

  2. The Trustee holds the mentioned funds since debtors failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

   **WHEREFORE,** for the reasons stated, it is respectfully requested from the Court to note the above and allow for the deposit of these funds with the Clerk of the Court, by check number **2247073.**

**CASE NUMBER: 17-01409-MCF**
**Page 2 of 2**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at **ustregion21.hr.ecf@usdoj.gov** and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor's address of record.

In San Juan, Puerto Rico, this **5/29/2020**.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com